UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Division)

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 11** |
| | : | |
| **CRESCENT OIL COMPANY, INC.,** *et al.* | : | **Case No. 09-20258 (RDB)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

**AFFIDAVIT OF FRANCIS J. LAWALL ON BEHALF OF PEPPER HAMILTON LLP IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2014(A) FOR ORDER UNDER SECTION 1103(A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP <u>AS ATTORNEYS TO THE COMMITTEE</u>**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | : |
| COUNTY OF PHILADELPHIA | : |

Francis J. Lawall, on behalf of Pepper Hamilton LLP, being duly sworn, hereby states the following under oath, as proposed counsel for the Official Committee of Unsecured Creditors, pursuant to Bankruptcy Rule 2014(a):

1.  I am a partner in the law firm of Pepper Hamilton LLP ("Pepper Hamilton," the "Applicant" or the "Firm"), which maintains an office at 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799.

2.  I am a member in good standing of the Bar of the Commonwealth of Pennsylvania, having been admitted in 1985 and the Bar of the State of New Jersey, having been admitted in 1986. I am admitted to practice law in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for District of New Jersey, the

#10615963 v1

United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Third Circuits.

3. I submit this affidavit in support of the Application (the "Application") Of The Official Committee Of Unsecured Creditors (the "Committee") Pursuant To Fed. R. Bankr. P. 2014(A) For Order Under Section 1103(A) Of The Bankruptcy Code Authorizing The Employment And Retention Of Pepper Hamilton LLP As Attorneys To The Committee for purposes of making all required disclosures pursuant to Federal Rule of Bankruptcy Procedure 2014 and to advise the Court of the Firm's qualifications.

4. I have personal knowledge of each of the facts stated in this affidavit, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I would testify as to the matters set forth below based upon my personal knowledge, except where otherwise indicated. To the extent that I obtain additional information which requires further disclosure or modification of the Application or this affidavit, a supplemental affidavit will be submitted to the Court.

## PEPPER HAMILTON'S PROCEDURES

5. In preparing this Affidavit, I utilized a set of procedures established by Pepper Hamilton to ensure compliance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure regarding the employment of professionals serving bankruptcy estates under the Bankruptcy Code.

6. In that regard, I caused to be submitted the names of significant parties-in-interest in these cases that are known to me after inquiry for review under the conflict check system maintained by Pepper Hamilton. Using information provided by the Committee, the information in the Debtors Voluntary Petitions, the names on the Debtors' List of Creditors Holding Twenty

#10615963 v1

Largest Unsecured Claims and additional information identified by Pepper Hamilton, I compared the names of the Debtors and potential parties-in-interest, the primary secured creditor, the holders of the 20 largest known unsecured claims of Debtors (collectively, the "Searched Parties"), to the names that Pepper Hamilton has compiled into its conflict check system and adverse party index.

7.     Pepper Hamilton maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by Pepper Hamilton is designed to include (i) every matter for which the firm is now or has been engaged; (ii) the entity by which the firm is now or has been engaged; (iii) the identity of known related parties; (iv) the identity of known adverse parties; and (v) the attorney in the firm that is knowledgeable about the matter. It is the policy of Pepper Hamilton that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Pepper Hamilton. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter. Any matches between Pepper Hamilton's conflict check system and the Searched Parties were identified ("Client Match List"), together with the names of the respective Pepper Hamilton personnel responsible for current and former matters for the entities on such Client Match. From time to time, Pepper Hamilton will update its disclosures as necessary.

## PEPPER HAMILTON'S CONNECTIONS

8. In accordance with Bankruptcy Rule 2014(a), Pepper Hamilton hereby discloses its connections with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

(a) Pepper Hamilton began representing the Committee on or about February 26, 2009.

(b) Pepper Hamilton has been promised that it will be paid for its services at the rates usually charged by Pepper Hamilton for such services, to the extent allowed by the Court after application, notice, and hearing in accordance with the applicable provisions of the Bankruptcy Code and Rules.

(c) Pepper Hamilton is not a creditor of the Debtors and has no direct or indirect relationship to, connection with, or interest in the Debtors.

(d) NachmanHaysBrownstein, Inc. is the Financial Advisor for the Debtors in this case. Pepper Hamilton has represented NachmanHaysBrownstein, Inc. in the past, although it does not now represent NachmanHaysBrownstein, Inc., in matters wholly unrelated to this case.

(e) Wells Fargo Bank may hold liens on certain real property of the Debtors. It does not have an interest in the cash collateral in this case. Pepper Hamilton has represented and currently represents several Wells Fargo-related entities (the "Wells Fargo clients") in

#10615963 v1

matters wholly unrelated to this case. If Pepper Hamilton should determine that in relation to a particular issue that arises in these bankruptcy cases, there may be a conflict between the interests of the Committee and those of the Wells Fargo clients, Pepper Hamilton has obtained a waiver from Wells Fargo in the form attached hereto as Exhibit B, but to the extent necessary, Pepper Hamilton will arrange to have local counsel handle issues related to Wells Fargo.

9. Through diligent inquiry, I have ascertained that there is no connection (as such term is utilized in § 101(14)(e) of the Bankruptcy Code and Fed. R. Bankr. P. 2014(a)) between Pepper Hamilton and (i) the United States Trustee or any person employed by the Office of the United States Trustee, or (ii) any other party-in-interest, except as disclosed on Exhibit A attached hereto.

10. As part of its everyday practice, Pepper Hamilton appears in numerous bankruptcy, litigation and other cases, proceedings and transactions, in which it has worked and is working with and against numerous attorneys, accountants, financial consultants, investment bankers and other professionals who represent or may in the future represent creditors or other parties-in-interest in these cases. Pepper Hamilton has not and will not represent any of such entities in relation to the Debtors and these Chapter 11 cases or have any relationship with any such entity, attorneys, accountants, financial consultants and investment bankers which would be adverse to the Debtors or their estates.

11. Pepper Hamilton represented, currently represents, and may represent in the future the entities listed on Exhibit A. Certain of the entities listed on Exhibit A are dormant or inactive clients at this time. In the case of each of the entities listed on Exhibit A, the revenues derived

from such client during the past calendar year represent less than 1% of the firm's revenues. Pepper Hamilton has not in the past represented, does not currently represent, and will not in the future represent, any of the entities listed on Exhibit A in connection with these cases or in any matter adverse to the Debtors. In the event an adversity within this case arises with respect to such entity, Pepper Hamilton will, where necessary, either obtain a conflict waiver or seek to retain special counsel to represent the Committee in such matter.

## PEPPER HAMILTON IS DISINTERESTED

12. Pepper Hamilton is not a creditor, an equity security holder, or an insider of the Debtors. Pepper Hamilton is not and has not been an investment banker for any outstanding security of the Debtors. Pepper Hamilton has not been, within three years before the date of filing of the petitions in these cases, an investment banker for a security of the Debtors or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors. Neither Pepper Hamilton nor any attorney in the firm of Pepper Hamilton is or was, within two years before the date of the filing of the petitions in these cases a director, officer or employee of the Debtors or of an investment banker specified in this paragraph. Pepper Hamilton does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders in these cases.

13. Based upon the information available to me, after following the procedures described herein, and except as otherwise described herein, neither Pepper Hamilton nor any partner, associate, or counsel of the firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates. Accordingly, I submit that Pepper Hamilton is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

14. I hereby represent that Pepper Hamilton has agreed not to share with any person (except attorneys of Pepper Hamilton) the compensation to be paid for the services rendered in these cases.

15. Pepper Hamilton will bill for its services at its usual and customary hourly rates for the professionals involved, which rates are traditionally adjusted by Pepper Hamilton each January 1. The current hourly rates of the professionals that Pepper Hamilton presently expects to utilize in these cases are as follows:

| Name: | Title: | Rate: |
|---|---|---|
| Francis J. Lawall | Partner | $595.00 |
| Bonnie MacDougal Kistler | Of Counsel | $470.00 |
| Nina M. Varughese | Associate | $280.00 |
| Susan M. Henry | Senior Paralegal | $205.00 |

16. I will amend this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Francis J. Lawall

SWORN to and SUBSCRIBED before me,
a notary public for the Commonwealth and County aforesaid,
this _____ day of _March_____, 2009.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHEILA R. FANELLI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 27, 2011

#10615963 v1

# EXHIBIT A

| Name ** | Relationship to Debtor | Connection * |
|---|---|---|
| Apex-Petroleum Corporation | Creditor | Former Pepper client (represented in matter wholly unrelated to the debtors) that may be affiliated with the creditor Apex Oil Company. |
| Coordinated Health Services a/k/a CHS | Creditor | Former Pepper client (represented in matter wholly unrelated to the debtors) that may be affiliated with the creditor CHS Inc. Branded. |
| M&I Marshall & Ilsley Bank | Lender | Former Pepper client (represented in matter wholly unrelated to the debtors) |
| Nachman Hays Brownstein, Inc. | Financial Advisor to Debtors | Former Pepper client (represented in matter wholly unrelated to the debtors) |
| Northville Products Services | Creditor | Current Pepper client (represented in matter wholly unrelated to the debtors) |
| Wells Fargo Bank, N.A. | May hold mortgages on certain real property of the Debtors. | Current Pepper client (represented in matter wholly unrelated to the debtors) that may be affiliated with Wells Fargo Bank, which entity may hold mortgages on certain real property of the Debtors. (Schedules have not been filed as of yet.) |

*The disclosures in this chart may be over-inclusive as many clients who are listed have a name that is similar to a creditor's name or they are affiliated with an entity that has a name that is similar to a creditor's name. In addition, some of the creditor names listed as current clients may now be former clients whose status has not been updated in our computer system.

**These clients are past or current clients (or affiliates of clients) of the Pepper Firm in matters wholly unrelated to this bankruptcy proceeding.

#10615963 v1

**EXHIBIT B**

# Pepper Hamilton LLP
##### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Francis J. Lawall
direct dial: 215-981-4481
lawallf@pepperlaw.com

March 2, 2009

<u>*Via e-mail to: Virginia.A.Housum@wellsfargo.com*</u>

Virginia A. Housum
Vice President, SAG Group
Wells Fargo Corporate Trust
MAC N9303-120
Sixth and Marquette
Minneapolis, MN 55479

Dear Virginia:

   As you may know, Pepper Hamilton LLP, presently represents Wells Fargo Bank and certain of its subsidiaries (collectively, "Wells Fargo") in connection with various matters.

   Our firm also represents the Official Committee of Unsecured Creditors of Crescent Oil Company, Inc., et al (the "Committee") in a chapter 11 proceeding pending in Kansas City. It appears that Wells Fargo may hold a mortgage against certain real property owned by Crescent Oil Company, Inc. ("Crescent"). Wells Fargo does not appear, however, to have an interest in cash collateral. The firm has not and does not propose to represent Wells Fargo in connection with matters involving Crescent.

   As we currently represent Wells Fargo, our representation of the Committee with respect to certain aspects of the <u>Crescent</u> bankruptcy case might give rise to a conflict of interest at some time in the future. Therefore, we request that Wells Fargo specifically waive any claim that our representation of the Committee in this matter represents a conflict of interest and thereby consent to our representation of the Committee in this matter.

   We further confirm that Wells Fargo's consent, if given, would not be deemed to be a consent to a representation of the Committee in the event litigation is commenced against Wells Fargo. The term "litigation" as used herein refers to matters initiated by the filing of a

#10629502 v1

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com

**Pepper Hamilton LLP**

Virginia A. Housum
Page 2
March 2, 2009

complaint, and not to adverse position taken in pleadings, contested matters, investigations and negotiation in the Crescent matter.

    Your consent may be given by signing this letter where noted and returning it to my attention. Thank you for your courtesy in connection with this matter.

                Sincerely,

                Francis J. Lawall

Consent, as requested, is hereby given:

Wells Fargo Bank, National Association and its affiliates

By: _____
Name: ~~Virginia A. Housum~~ Timothy Carlin
Title: ~~Vice President, SAG Group~~ Managing Counsel

#10629502 v1