UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Division)

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| CRESCENT OIL COMPANY, INC., *et al.* | : Case No. 09-20258 (RDB) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

**AFFIDAVIT OF REX A. REDLINGSHAFER ON BEHALF OF
STANTON & REDLINGSHAFER, L.L.C. IN SUPPORT OF APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R.
BANKR. P. 2014(A) FOR ORDER UNDER SECTION 1103(A) OF THE
BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF
STANTON & REDLINGSHAFER, L.L.C. AS LOCAL COUNSEL TO THE
COMMITTEE *NUNC PRO TUNC* TO FEBRUARY 26, 2009**

STATE OF MISSOURI      )
                       )   SS:
COUNTY OF JACKSON      )

Rex A. Redlingshafer, on behalf of Stanton & Redlingshafer, L.L.C., being duly sworn, hereby states the following under oath, as proposed counsel for the Official Committee of Unsecured Creditors, pursuant to Bankruptcy Rule 2014(a):

1. I am a partner in the law firm of Stanton & Redlingshafer, L.L.C. ("Stanton & Redlingshafer," the "Applicant" or "S & R"), which maintains an office at 104 West 9th Street, Suite 303, Kansas City, Missouri 64105.

2. I am a member in good standing of the Bar of the State of Kansas and Missouri. I am admitted to practice law in the United States District Court for the District of Kansas and the United States District Court for Western District of Missouri.

3. I submit this affidavit in support of the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") Pursuant to Fed. R. Bankr. P. 2014(A) for Order Under Section 1103(A) of the Bankruptcy Code Authorizing the Employment

and Retention of Stanton & Redlingshafer, L.L.C. as Attorneys to the Committee for purposes of making all required disclosures pursuant to Federal Rule of Bankruptcy Procedure 2014 and to advise the Court of S & R's qualifications.

4. I have personal knowledge of each of the facts stated in this affidavit, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I would testify as to the matters set forth below based upon my personal knowledge, except where otherwise indicated. To the extent that I obtain additional information which requires further disclosure or modification of the Application or this affidavit, a supplemental affidavit will be submitted to the Court.

5. In preparing this Affidavit, I utilized a set of procedures established by Stanton & Redlingshafer to ensure compliance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure regarding the employment of professionals serving bankruptcy estates under the Bankruptcy Code.

6. In that regard, I caused to be submitted the names of significant parties-in-interest in these cases that are known to me after inquiry for review under the conflict check system maintained by S & R. Using information provided by the Committee, the information in the Debtors' Voluntary Petitions, the names on the Debtors' List of Creditors Holding Twenty Largest Unsecured Claims and additional information identified by S & R, I compared the names of the Debtors and potential parties-in-interest, the primary secured creditor, the holders of the 20 largest known unsecured claims of Debtors (collectively, the "Searched Parties"), to the names of the clients and former clients of S & R.

7. S & R is a small firm and regularly updates its list of clients and potential clients on a daily basis and in the course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by S & R is designed

to include (i) every matter for which the firm is now or has been engaged; (ii) the entity by which the firm is now or has been engaged; (iii) the identity of known related parties; (iv) the identity of known adverse parties; and (v) the attorney in the firm that is knowledgeable about the matter.  It is the policy of S & R that no new matter may be accepted or opened within the firm without checking for conflicts.

8. In accordance with Bankruptcy Rule 2014(a), S & R hereby discloses its connections with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

(a) S & R began representing the Committee on or about February 26, 2009.

(b) S & R has been promised that it will be paid for its services at the rates usually charged by S & R for such services, to the extent allowed by the Court after application, notice, and hearing in accordance with the applicable provisions of the Bankruptcy Code and Rules.

(c) S & R is not a creditor of the Debtors and has no direct or indirect relationship to, connection with, or interest in the Debtors.

9. Through diligent inquiry, I have ascertained that there is no connection (as such term is utilized in § 101(14)(e) of the Bankruptcy Code and Fed. R. Bankr. P. 2014(a)) between S & R and (i) the United States Trustee or any person employed by the Office of the United States Trustee other than Janice E. Stanton, a partner of S & R is a panel trustee in the Western District of Missouri, or (ii) any other party-in-interest.

10. S & R is not a creditor, an equity security holder, or an insider of the Debtors.

11. Based upon the information available to me, after following the procedures described herein, and except as otherwise described herein, neither S & R nor any partner, associate, or counsel of the firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.  Accordingly, I submit that S & R is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

12. S & R will bill for its services at its usual and customary hourly rates for the professionals involved, which rates are traditionally adjusted by S & R each January 1.  The current hourly rates of the professionals that S & R presently expects to utilize in these cases are as follows:

| Name: | Title: | Rate: |
|---|---|---|
| Rex A. Redlingshafer | Partner | $195.00 |
| Janice E. Stanton | Partner | $195.00 |
| Karen Shackelford | Paralegal | $ 85.00 |

13. I will amend this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Rex A. Redlingshafer
Rex A. Redlingshafer

Sworn to and subscribed before me, a notary public for the State of Missouri, County of Jackson aforesaid, this 18th day of May, 2009.

/s/ Karen S. Shackelford
Notary Public

My Commission Expires:   09/08/2012