UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE: | } | CASE NUMBER |
|---|---|---|
| Crescent Oil Company Inc. | } | 09-20258 |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM: June 1, 2011   TO: June 30, 2011

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

SPENCER FANE BRITT & BROWNE LLP

s/ Lisa Epps Dade
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Crescent Oil Co., Inc.

c/o Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

816-471-8100

Attorney's Address
and Phone Number:

Lisa Epps Dade       KS #18480

1000 Walnut, Suite 1400

Kansas City, MO 64106

Phone: 816-474-8100

ATTORNEY FOR DEBTOR

Upon information and belief, all accounts for this debtor entity were closed and all industry business activity ceased as of the end of December 2009. The **attached account detail** is a record of all funds received and disbursed by the bankruptcy estate in **June 2011**.

MOR-1

WA 2923869.1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING 6-1-11 AND 6-30-11 ENDING

Name of Debtor: Crescent Oil Company, Inc.  Case Number  09-20258
Date of Petition: February 7, 2009

|   | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. **FUNDS AT BEGINNING OF PERIOD** | _____(a) | _____(b) |
| 2. **RECEIPTS:** **SEE ATTACHMENT** | | |
|    A. Cash Sales | _____ | |
|       Minus: Cash Refunds | (-)_____ | |
|       Net Cash Sales | _____ | |
|    B. Accounts Receivable | _____ | |
|    C. Other Receipts *(See MOR-3)* | _____ | |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. **TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | _____ | |
| 4. **TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | | |
| 5. **DISBURSEMENTS** **SEE ATTACHMENT** | | |
|    A. Advertising | | |
|    B. Bank Charges | | |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | _____ | |
|    E. Insurance | _____ | |
|    F. Inventory Payments *(See Attach. 2)* | _____ | |
|    G. Leases | _____ | |
|    H. Manufacturing Supplies | _____ | |
|    I. Office Supplies | _____ | |
|    J. Payroll - Net *(See Attachment 4B)* | _____ | |
|    K. Professional Fees (Accounting & Legal) | _____ | |
|    L. Rent | _____ | |
|    M. Repairs & Maintenance | _____ | |
|    N. Secured Creditor Payments *(See Attach. 2)* | _____ | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | _____ | |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | _____ | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | _____ | |
|    R. Telephone | _____ | |
|    S. Travel & Entertainment | _____ | |
|    Y. U.S. Trustee Quarterly Fees | _____ | |
|    U. Utilities | _____ | |
|    V. Vehicle Expenses | _____ | |
|    W. Other Operating Expenses *(See MOR-3)* | _____ | |
| 6. **TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | _____ | |
| 7. **ENDING BALANCE** *(Line 4 Minus Line 6)* | _____(c) | _____(c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  15th  day of  July  , 2011.          s/Lisa Epps Dade
                                                                    (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

| Transaction Type | Date | Index No | Document No | Amount | Description | Balance |
|---|---|---|---|---|---|---|
| BEGINNING BA |  |  |  |  |  | 335524.93 |
| RECEIPT | 06/03/2011 | 9848 | 1000832 | 40000.00 | P.B. HOIDALE CO. # 11-6075 settlement | 375524.93 |
| DISBURS | 06/07/2011 | 9875 | 1 | -3000.00 | wire Bryan M. Chance | 372524.93 |
|  |  |  |  |  | Payee: wire Bryan M. Chance |  |
| RECEIPT | 06/14/2011 | 9884 | 24248 | 1500.00 | Richard T. Bryant & Assoc. # 11-6029 settlement | 374024.93 |
| RECEIPT | 06/23/2011 | 9892 | 600175 | 5000.00 | Groendyke Transport, Inc. 11-6041 settlement | 379024.93 |
| RECEIPT | 06/23/2011 | 9893 | 59397 | 500.00 | Petroleum Traders Corp 11-6049 settlement | 379524.93 |
| RECEIPT | 06/23/2011 | 9894 | 240111 | 5000.00 | Landshire, Inc. 11-6042 settlement | 384524.93 |
| RECEIPT | 06/28/2011 | 9948 | 87280 | 7500.00 | ICM the energy of innovation # 11-6045 settlement | 392024.93 |
| DISBURS | 06/30/2011 | 9950 | 1 | -39401.07 | Pepper Hamilton LLP | 352623.86 |
|  |  |  |  |  | Payee: Pepper Hamilton LLP |  |
| TOTAL |  |  |  | 17098.93 |  |  |